UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

MONEGRO,

                Plaintiff,

    v.                                    1:20-cv-08966-ALC

                                             **ORDER**

SPANGLER CANDY COMPANY,

                Defendant.

-------------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:** _____
**DATE FILED:** 2/12/2021

**ANDREW L. CARTER, JR., District Judge:**

      It having been reported to this Court that this case has been or will be settled, it is hereby

      **ORDERED** that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**
**Dated:** February 12, 2021
      New York, New York

                                                         _/s/ Andrew L. Carter, Jr._
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**